PETER A. STROTZ, BAR NO. 129904
  pstrotz@kslaw.com
WILLIAM E. STEIMLE, BAR NO. 203426
  wsteimle@kslaw.com
MEGAN R. NISHIKAWA, BAR NO. 271670
  mnishikawa@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  +1 415 318 1200
Facsimile:  +1 415 318 1300

Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and KBI SUB INC.

Attorneys for Specially Appearing Defendants
ASTRA U.S.A. INC. and ZENECA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BEATTY, et al.,<br><br>              Plaintiffs,<br>      v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>              Defendants. | Case No. 3:12-cv-03507-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ASTRA U.S.A. INC. AND ZENECA INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties and pursuant to Civil Local Rule 6-1(a), that specially appearing Defendants Astra U.S.A. Inc. and Zeneca Inc., shall have until July 26, 2012, to answer or to otherwise respond to Plaintiffs' Complaint.

| | | |
|---|---|---|
| 1 | DATED:  July 11, 2012 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: /s/ William E. Steimle |
| | | PETER A. STROTZ |
| | | WILLIAM E. STEIMLE |
| 4 | | MEGAN R. NISHIKAWA |
| | | Attorney for Defendants |
| 5 | | ASTRAZENECA PHARMACEUTICALS |
| | | LP, ASTRAZENECA LP, and KBI SUB |
| 6 | | INC. |
| | | and Specially Appearing Defendants |
| 7 | | ASTRA U.S.A. INC. and ZENECA INC. |
| 8 | | |
| | DATED:  July 11, 2012 | GIANNI & PETOYAN |
| 9 | | |
| 10 | | By: /s/ Laura Gianni* |
| | | LAURA GIANNI |
| 11 | | MARCUS PETOYAN |
| | | Attorney for Plaintiffs |
| 12 | | |

13    * I, William E. Steimle, hereby attest that Laura Gianni has agreed to this stipulation and

14  permits her e-signature to be affixed to this document.

15    DATED:  July 11, 2012                                   /s/ William E. Steimle
                                                              WILLIAM E. STEIMLE
16                                                            .

18   Dated: July 12, 2012

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA